# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

DEMETRIUS FLOWERS

V.                                              NO. 3:05CV00244 GTE

MICHAEL YATES, ET AL

## O R D E R

An Order denying Plaintiff's Motion to Appoint Counsel was mailed to Plaintiff on March 27, 2006, to his last known address. Mail was returned marked "Return to Sender" on March 30, 2006.

The plaintiff is ordered to inform the Court if he wishes to pursue this action, pursuant to Local Rule 5.5(c)(2), which states, in part, that it is the duty of any party not represented by counsel to promptly notify the Clerk and other parties to the proceedings of any change in his address, to monitor the progress of the case and to prosecute the action diligently.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff at his last known address, and plaintiff is given thirty (30) days to respond to this Order and inform the Court if he wishes to pursue this action. If Plaintiff fails to respond to this Order within thirty (30) days this cause will be dismissed without prejudice for plaintiff's failure to keep the Court informed of any change in his address and to diligently prosecute this action.

Dated this 12th day of April, 2006.

　　　　　　　　　　　　　　　　　　　__/s/Garnett Thomas Eisele_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE