**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**DEMETRIUS FLOWERS**                                                                              **PLAINTIFF**

**v.**                                           **CASE NO. 3:05-CV-244**

**JACK MCCANN, et al.**                                                                        **DEFENDANTS**

## ORDER ON MOTION TO COMPEL

Presently before the Court is the Motion to Compel filed by Defendant Jack McCann. Movant avers that he served upon the Plaintiff interrogatories and requests for production on February 10, 2006 and that Plaintiff has failed to respond. Movant seeks an order compelling the Plaintiff to submit responses to the propounded discovery requests. Plaintiff has not responded to this Motion. It appears to the Court that this Motion to Compel should be granted.

IT IS THEREFORE ORDERED that the Motion to Compel (Dkt. #26) be, and it is hereby, GRANTED. Plaintiff Demetrius Flowers is hereby directed to provide responses to the propounded interrogatories and requests for production no later than **Monday, May 8, 2006**.

Dated this 26th day of April, 2006.

                                                  __/s/Garnett Thomas Eisele_____
                                                  UNITED STATES DISTRICT JUDGE