UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DEMETRIUS FLOWERS**                                                                    **PLAINTIFF**

**v.**                              **CASE NO. 3:05-CV-00244 GTE**

**MICHAEL YATES, in his official capacity as**
**Chief of Police of the Jonesboro Police Department,**
**and JACK McCANN, in his official capacity as**
**Sheriff of Craighead County**                                                          **DEFENDANTS**

## JUDGMENT

Upon the basis of the Order granting Defendants' Motion for Summary Judgment, Plaintiff's complaint must be dismissed with prejudice.

IT IS THEREFORE ORDERED that JUDGMENT be, and it is hereby, entered in favor of Defendants and against Plaintiff.

IT IS FURTHER ORDERED that the Complaint be, and it is hereby, dismissed with prejudice.

Dated this 20th day of February, 2007.

/s/Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE